IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jonathon Rowles, Sarah Letts-Smith, and Martin Hupfl, individually and as class representatives of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Chase Home Finance, LLC, and Chase Auto Finance Corp., <br><br> Defendants. | Civil Action No.: 9:10-1756-MBS <br><br><br><br><br><br><br><br> **STIPULATION OF DISMISSAL** |

Plaintiffs Martin Hupfl and Sarah Letts-Smith hereby stipulate, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the claims of Plaintiffs Hupfl and Letts-Smith be dismissed <u>without</u> prejudice.

Respectfully submitted,

s/ Richard A. Harpootlian
Richard A. Harpootlian (Fed. I.D. # 1730)
Graham L. Newman (Fed. I.D. # 9746)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
gln@harpootlianlaw.com

William B. Harvey, III (Fed. I.D. # 1762)
HARVEY & BATTEY, P.A.
1001 Craven Street
Post Office Drawer 1107
Beaufort, South Carolina 29901-1107

1

(843) 524-3109
(843) 524-6973 (facsimile)
bharvey@harveyandbattey.com


ATTORNEYS FOR PLAINTIFFS

2